WALTER G. SEKATOR vs. PATRICK LANNON et al.

WASHINGTON—APRIL 18, 1904.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Pleading.  Case and Trespass.  Master and Servant.*

A master can not be held liable for an assault committed by his servant without cause or provocation, and not within the scope of the servant's employment or done with authority from the master.

26   125
Case 1
e26   193

TRESPASS ON THE CASE.   Heard on demurrer to declaration, and demurrer sustained.

PER CURIAM.   The action is trespass on the case, and the declaration alleges a violent assault by a servant of the defendant, without cause or provocation, but it does not show that it was done with authority from the master, or within the scope of the servant's employment.

These facts must appear before the master can be held liable.   *Mossessian* v. *Callender*, 24 R. I. 168;   *Howe* v. *Newmarch*, 12 Allen, 49.

Demurrer to the declaration sustained.

*F. C. Olney*, for plaintiff.
*Thos. H. Holton*, for defendant.